IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALISHA ALEJANDRO : CIVIL ACTION
:
v. :
:
PHILADELPHIA VISION CENTER, :
et al. NO. 17-3304

ORDER

AND NOW, this 21st day of September, 2017, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff to remand this action to the Court of Common Pleas of Philadelphia County (Doc. # 7) is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
                                                J.